UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FOAM SUPPLIES, INC.,          ) | |
| )       | |
| Plaintiff,          ) | |
| )       | No. 4:05CV01772 CDP |
| v.          ) | |
| )       | Honorable Catherine D. Perry |
| THE DOW CHEMICAL COMPANY,  ) | |
| )       | |
| Defendant.          ) | |

**DOW'S MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Pursuant to Local Rule 4.01(c), Defendant, The Dow Chemical Company, respectfully requests leave to file the enclosed three page surreply so that Dow may respond to one new, significant, and highly misleading argument contained in Foam Supplies, Inc.'s Reply to Dow's Memorandum in Opposition to FSI's Motion for Leave to Amend Complaint. Dow recognizes that surreplies are discouraged, but could not have previously addressed FSI's new argument, FSI having waited until its reply brief to support its effort to amend its tortious interference claim with an assertion that FSI has every reason to know is demonstrably false. Accordingly, Dow respectfully requests leave to file the accompanying brief surreply attached hereto as Exhibit 1.

Dated: November 21, 2007       BY:  /s/ Glenn E. Davis

Glenn E. Davis (#2940)
Craig Moore (#498939)
ARMSTRONG TEASDALE LLP
One Metropolitan Square
211 North Broadway, Suite 2600
St. Louis, MO 63102-2740
Telephone: 314-621-5070
Facsimile: 314-612-2241
gdavis@armstrongteasdale.com
cmoore@armstrongteasdale.com
*Attorneys for Defendant The Dow Chemical Company*

Bernard Taylor (#6278581)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

>John J. Gazzoli, Jr.
>Brett K. Gorman
>Theresa A. Phelps
>SCHMIEDESKAMP AND ROBERTSON
>7700 Bonhomme, Suite 510
>St. Louis, MO  63105
>Telephone:   314-725-0030
>jgazzoli@srnm.com
>bgorman@srnm.com
>tphelps@srnm.com
>*Attorneys for Plaintiff Foam Supplies, Inc.*

                                                                                            /s/ Glenn E. Davis_____